THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLACE W. EVANS, Appellant, *v.* WILLIAM F. BAKER, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Evans* v. *Baker,* 148 App. Div. 896, affirmed.
(Argued May 1, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1911, which dismissed a writ of certiorari and confirmed the proceedings of the defendant in dismissing the relator from the police department of the city of New York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.